Joseph Aiello, Respondent, v. Frank Rocco, Appellant.—Judgment and order of the County Court of Westchester county reversed, and new trial ordered, costs to abide the event, upon the ground that the verdict is contrary to the evidence. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

Empire City Racing Association, Respondent, v. National Fair and Exposition Association, Inc., Appellant, and Others, Defendants.— The discretion of the justice at Special Term to rehear this motion was well grounded on the later facts of the injury and damage by letting pipes and hydrants freeze, and the dangers from possible contagion among the horses which defendants quartered on the fair grounds. Having thus reheard the motion, his order as reconsidered preferring the trial of the cause, is not appealable. (167 App. Div. 126.) The appeal is, therefore, dismissed, with ten dollars costs and disbursements. Jenks, P. J., Carr, Stapleton and Putnam, JJ., concurred; Mills, J., not voting.

Frank Felten, Respondent, v. The City of New York, Appellant.— Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ., concurred.

Frederick Reisert, Respondent, v. The City of New York, Appellant.— Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ., concurred.

The People of the State of New York ex rel. Charles Hecht, Appellant, v. George K. Cox, Town Clerk of the Town of White Plains, and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements, on the authority of *People ex rel. Haight* v. *Brown*, decided herewith (169 App. Div. 695). Jenks, P. J., Carr, Stapleton, Mills and Putnam, JJ., concurred.

Laura J. Abbott, Appellant, v. Annie M. Wilson and Another, Respondents, and Others, Defendants.— Judgment affirmed by default, with costs. Jenks, P. J., Carr, Stapleton, Mills and Putnam, JJ., concurred.

Robert Barr, Respondent, v. The T. A. Gillespie Company, Appellant. — Judgment and order reversed, with costs, and complaint unanimously dismissed, with costs. There is no evidence which warrants a finding avoiding the release. Present — Jenks, P. J., Carr, Stapleton, Mills and Rich, JJ.

Albert A. Bell, Respondent, v. David H. McConnell, Appellant.— Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Carr, Stapleton, Mills and Putnam, JJ., concurred.

Theodore M. Billings, as Administrator, etc., of Anna M. Bowne, Deceased, Appellant, v. Frederick J. Pottinger and Fanny Pottinger,